ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| KATHLEEN R. HACKLER, formerly known as KATHLEEN R. ROMERO,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1-X, inclusive; ABC CORPORATIONS, inclusive; and, XYZ PARTNERSHIPS, inclusive,<br><br>Defendant. | CASE NO. 3:14-cv-00531-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff KATHLEEN HACKLER fka KATHLEEN ROMERO ("Plaintiff"), by and through her counsel, BRADSHAW LAW LLC, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS

///
///
///
///
///

4846-4185-2221.1

BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 9 day of December, 2016.          DATED this 12 day of December, 2016.

BRADSHAW LAW LLC                              LEWIS BRISBOIS BISGAARD & SMITH LLP

_____                     _____
Denise A. Bradshaw                            ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 010521                         Nevada Bar No. 003062
603 Pine Street                               PAMELA L. MCGAHA
Elko, Nevada 89801                            Nevada Bar No. 08181
*Attorneys for Plaintiff*                     6385 S. Rainbow Boulevard, Suite 600
                                              Las Vegas, Nevada 89118
                                              *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED this 19th day of December, 2016.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PAMELA L. MCGAHA
Nevada Bar No. 08181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*